EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                   | 2014 TSPR 19    |
|                          |                 |
| Osvaldo Aponte Del Valle | 190 DPR ____    |

Número del Caso: TS-8196


Fecha: 12 de febrero de 2014


Abogado del Peticionario:

>        Lcdo. Efraín López Santiago


Oficina de Inspección de Notarías:

>        Lcdo. Manuel E. Ávila de Jesús
>        Director


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Osvaldo Aponte Del Valle

TS-8196

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 12 de febrero de 2014.

Examinado el expediente y revaluada la solicitud de reinstalación presentada por el querellado Osvaldo Aponte Del Valle, así como los expedientes de las quejas presentadas en su contra, se autoriza la reinstalación del señor Aponte Del Valle al ejercicio de la abogacía y la notaría.

Se le advierte que, deberá cumplir con lo relativo a la fianza notarial, según dispuesto en el Art. 7 de la Ley Núm. 75 de 2 de julio de 1987, conocida como Ley Notarial de 1987, 4 L.P.R.A. sec. 2011 y, además, deberá mantener informado a este Tribunal del progreso de sus gestiones para resolver las quejas AB-2007-16 y AB-2011-248, aún pendientes.

Se ordena el archivo de las queja AB-2011-204 y AB-2012-111.

En cuanto a la Moción en cumplimiento de orden presentada por la Oficina de Inspección de Notarías a su Obra Notarial, enterado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:


Osvaldo Aponte Del Valle

                           TS-8196


*RESOLUCIÓN*


En San Juan, Puerto Rico, a 14 de febrero de 2014.

Se enmienda *nunc pro tunc* nuestra Resolución de 12 de febrero de 2014 a los fines de corregir el número de una de las quejas archivadas, debió leer AB-2012-111 y no AB-2012-211. Se acompaña la Resolución corregida para sustituir la que por error se certificó.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                           Aida Ileana Oquendo Graulau
                           Secretaria del Tribunal Supremo